24-mc-0052

## IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : No. 3070 Disciplinary Docket No. 3 |
| Petitioner | : No. 81 DB 2024 |
| v. | : Attorney Registration No. 92831 |
| JARED NOAH KLEIN | : (Philadelphia) |
| Respondent | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of August, 2024, upon consideration of the Verified Statement of Resignation, Jared Noah Klein is disbarred on consent from the Bar of this Commonwealth. See Pa.R.D.E. 215. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. See Pa.R.D.E. 208(g).

A True Copy Nicole Traini
As Of 08/19/2024

Attest: *Nicole Traini*
Chief Clerk
Supreme Court of Pennsylvania



RECEIVED AUG 21 2024

Jesse G. Hereda
Executive Director

Dana C. Belella
Assistant Director

Marcee D. Sloan
Board Prothonotary

------------------------

Laura K. Mohney
Counsel to the Board

Kimberly M. Henderson
Special Counsel

# THE DISCIPLINARY BOARD
## OF THE
## SUPREME COURT OF PENNSYLVANIA

Pennsylvania Judicial Center
601 Commonwealth Avenue, Suite 5600
PO Box 62625
Harrisburg, PA 17106-2625
(717) 231-3380
www.padisciplinaryboard.org

Members of the Board
John C. Rafferty, Jr.
**Board Chair**
Gretchen A. Mundorff
**Board Vice-Chair**
* Hon. Robert L. Repard
  Christopher M. Miller
  David S. Senoff
* Celeste L. Dee
  Robert J. Mongeluzzi
  Shohin H. Vance
  Joshua M. Bloom
  Laura E. Ellsworth
  Gaetan J. Alfano
  Catherine R. O'Donnell
* Joshua F. Wilson
  Bryan S. Neft

* *Non-Lawyer Member*

FAX (717) 231-3381

August 19, 2024

Jared Noah Klein
520 Collings Avenue
Apt B608
Collingswood, NJ 08107

        RE:    Office of Disciplinary Counsel
                  v. JARED NOAH KLEIN (Philadelphia)
                  No. 3070 Disciplinary Docket No. 3
                  No. 81 DB 2024
                  Attorney Registration No. 92831

Admitted 9/20/2005

Dear Mr. Klein:

        The Prothonotary of the Supreme Court of Pennsylvania has forwarded to us a certified copy of the Order of that Court dated August 19, 2024 (copy enclosed), that "... Jared Noah Klein is disbarred on consent from the Bar of this Commonwealth. See Pa.R.D.E. 215. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. See Pa.R.D.E. 208(g)."

For your guidance, compliance and information, I am enclosing the following:

1. Standard Guidance of the Disciplinary Board to Lawyers who have been Disbarred.

2. Rule 217 of the Pa.R.D.E. Your attention is called to Rule 217(e) concerning the statement of compliance and Rule 217(h) concerning indicia of licensure.

3. Form DB-23, Nonlitigation Notice of Disbarment, Suspension or Transfer to Inactive Status.

4. Form DB-24, Litigation Notice of Disbarment, Suspension or Transfer to Inactive Status.

5. Form DB-25, Statement of Compliance.

You are now required to comply with the Pennsylvania Rules of Disciplinary Enforcement and Disciplinary Board Rules as enclosed herewith.

                                            Very truly yours,

                                            Marcee D. Sloan
                                            Board Prothonotary

MDS/mlb
Enclosures

cc: Andrea Tuominen, Court Administrator of Pennsylvania
Kathryn Peifer Morgan, Esq., Executive Director, PA Lawyers Fund for Client Security
Hon. Nina N. Wright Padilla, P.J., Court of Common Pleas, Philadelphia
Richard T. McSorley, District Court Administrator, Court of Common Pleas, Philadelphia
Eric Feder, Director, Office of Judicial Records, Court of Common Pleas, Philadelphia
Peter Welsh, Clerk, U.S. District Court Middle District
Terrence S. Miller, Clerk, U.S. Bankruptcy Court, Middle District of PA
George Wylesol, Clerk, U.S. District Court, Eastern District of Pennsylvania
Timothy B. McGrath, Clerk, U.S. Bankruptcy Court, Eastern District of Pennsylvania
Brandy S. Lonchena, Clerk, U.S. District Court, Western District of PA
Michael Rhodes, U.S. Bankruptcy Court, Western District of Pennsylvania
Thomas J. Farrell, Chief Disciplinary CounselThomas J. Farrell, Chief Disciplinary Counsel
Ramona M. Mariani, Disciplinary Counsel